**Opinion issued October 3, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-10-00963-CV

———————————

## JESSICA BHAN, Appellant

## V.

## BRYAN JAMES DANET AND WILLIAM TODD KRANZ, Appellees

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Case No. 0760263

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. They represent that they have reached an agreement to settle this matter and request that we set aside the trial court's judgment without regard to the merits and remand the case to

the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.